# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY, | CASE NO. 1:08-cv-00832-OWW-GSA |
| Plaintiff, | ORDER DISREGARDING OBJECTIONS |
| v. | (Doc. 3) |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

On July 3, 2008, Plaintiff Johnney Ramey, a state prisoner proceeding pro se, filed what he titled objections to the Magistrate Judge's dismissal of this action. The Magistrate Judge did not issue a Findings and Recommendations or any other order. This action was dismissed by the undersigned on June 20, 2008. An objection is not a proper response to the Court's dismissal order, and Plaintiff's arguments have no merit to the extent they are treated as brought pursuant to a motion for reconsideration. Fed. R. Civ. P. 60. Plaintiff is attempting to challenge the criminal proceedings that led to his conviction. He may not do so in a civil rights action filed pursuant to 42 U.S.C. § 1983.

///
///
///
///
///
///

1

Plaintiff's objections are HEREBY DISREGARDED.  No further post-judgment motions aimed at setting aside the dismissal will be considered by this Court.  Plaintiff's recourse is to file an appeal if he disagrees with the dismissal.

IT IS SO ORDERED.

**Dated:**   **July 9, 2008**                              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE