# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY, | CASE NO. 1:08-cv-00832-OWW-GSA |
| Plaintiff, | ORDER DENYING REQUEST FOR PREPARATION AND TRANSMITTAL OF RECORD ON APPEAL AS UNNECESSARY |
| v. | |
| COUNTY OF FRESNO, et al., | (Doc. 9) |
| Defendants. | |

    Plaintiff Johnney Ramey is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was dismissed for failure to state a claim on June 20, 2008, and Plaintiff filed a notice of appeal on July 21, 2008.  On August 6, 2008, Plaintiff filed a request for preparation and transmittal of the record to the appellate court.

    All documents in this case are available electronically to the appellate court.  Therefore, preparation and transmittal of a paper record is no longer unnecessary.  Plaintiff's request is HEREBY DENIED on that ground.

IT IS SO ORDERED.

**Dated:   August 22, 2008**                /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE